110

74 A.3d 116

Thomas STRECK, Darlene Adonizio, Gerald Kronk, Peter H. Kells, Ronald Moyer, Constance Moyer, Joseph Castagna, Kimberly Castagna, And Karen Kronk, Petitioners

v.

LOWER MACUNGIE TOWNSHIP BOARD OF COMMISSIONERS, Respondent

David M. Jaindl, Individually, and Jaindl Realty, L.P., Intervenors.

No. 40 MAL 2013.

Supreme Court of Pennsylvania.

May 17, 2013.

## ORDER

PER CURIAM.

And now, this 17th day of MAY, 2013, the parties' "Joint Application for Remand Appellate Proceedings" is **GRANTED** in order for the Court of Common Pleas to review the parties' settlement agreement and, if approved, enter an order thereon. The Petition for Allowance of Appeal is **DENIED** as moot.